## Index of Exhibits

1    First Step Act Memorandum, May 26, 2020 (under seal)

2    PSR (under seal)

3    Public Information

4    2021 Medical Records (under seal)

5    2020 Medical Records (under seal)

6    Discipline Records (under seal)

7    Pending Discipline Record (under seal)

8    BOP Risk of Recidivism Assessment (under seal)