Case 2:87-cr-80933-SFC-SDP   ECF No. 1651, PageID.1857   Filed 04/16/21   Page 1 of 1

MIED 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Larry Marlow Chambers

Case No: 87-80933
USM No: 03009-039

Date of Original Judgment: 3/24/1989
Date of Previous Amended Judgment: 12/9/1992
*(Use Date of Last Amended Judgment if Any)*

Benton Martin
*Defendant's Attorney*

## CORRECTED ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court  ☐ stipulation of the parties for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   Life imprisonment (Count 6)   months **is reduced to**   405 months (Count 6)   .

*(Complete Parts I and II of Page 2 when motion is granted)*

The remainder of the original sentence is unchanged.

Pursuant to the opinion issued on 4/15/2021, the defendant's motion to reduce sentence is granted in part and denied in part. His sentence as to Count 6 is reduced from life imprisonment to 405 months.

Except as otherwise provided, all provisions of the judgment dated   12/9/1992   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 16, 2021

s/Sean F. Cox
*Judge's signature*

Effective Date: April 15, 2021

Sean F. Cox, U.S. District Judge
*(if different from order date)*       *Printed name and title*