# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 27, 2021

Ms. Julie A. Beck
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Benton C. Martin
Federal Defender Office
613 Abbott Street
Suite 500
Detroit, MI 48226

Re: Case No. 21-1331/21-1378, *USA v. Larry Chambers*
Originating Case No. : 2:87-cr-80933-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 21-1331/21-1378

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LARRY MARLOWE CHAMBERS

    Defendant - Appellant

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above. The appellant and the appellee shall each file one consolidated brief.

                                              **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 27, 2021