December 12, 2024

Dear Judge Cox,

    I am the sister of Larry Chambers. I own my home in LaGrange, Arkansas, where I cared for my mother and father in their old age. My mother suffered dementia like Larry does now.

    I visited Larry at the prison where he currently is held, and I am confident that I will be able to provide a suitable residence for him if he is released.

    I recognize the challenges of caring for a person with Larry's condition, and I plan to obtain assistance as needed with his care. When my mother was sick, I helped arrange for a daily aide to care for her basic needs and for regular home nurse and doctor visits. If Larry is released, I will help arrange for medical benefits and obtain aide for his care.

    I have a niece and a sister who live nearby who also will assist with caring for Larry if necessary.

/s/ Delois Chambers